FRANCIS X. BEIRNE, PLAINTIFF-RESPONDENT, v. THOMAS GANGEMI, *ET AL.*, DEFENDANTS-PETITION-ERS.

See same case below: 74 *N. J. Super.* 557.

*Mr. Meyer Pesin, Mr. T. James Tumulty* and *Mr. Walter J. Hudzin* for the petitioners.

*Mr. Joseph A. Davis* for the respondent.

September 17, 1962. Denied.

ALBERT LEVINSON, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. FLORENCE M. COSTELLO, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 74 *N. J. Super.* 539.

*Mr. Joseph V. Cullum* for the petitioners.

*Messrs. Wilentz, Goldman, Spitzer & Sills* for the respondents.

September 17, 1962. Denied.